IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )          8:07CR2
                               )
      v.                       )
                               )
PLASTRGLAS, INC.,              )          ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to file affidavit of David Wilson under seal (Filing No. 11). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant may file the affidavit of David Wilson under seal.

DATED this 19th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court