UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR2 |
| | ) | |
| v. | ) | |
| | ) | |
| PLASTRGLAS, INC., | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

      This matter is before the Court upon the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 25).  The Court has reviewed the record in this case and finds as follows:

      1.  On May 16, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 982(a)(6)(A)(ii)(I), based upon the defendant's plea of guilty to Count I and the forfeiture allegation of the Information filed herein.  By way of said Preliminary Order of Forfeiture, the defendant's interest in $45,000.00 in United States currency was forfeited to the United States.

      2.  On June 7, 14 and 21, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property.  An Affidavit of Publication was filed herein on July 19, 2007 (Filing No. 24).

   3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

   4.  Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

   IT IS ORDERED:

   A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

   B.  All right, title and interest in and to the $45,000.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

   C.  The $45,000.00 in United States currency, be, and the same hereby is, forfeited to the United States of America .

   D.  The United States Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said property in accordance with law.

   DATED this 23rd day of July, 2007.

         BY THE COURT:

         /s/ Lyle E. Strom

         _____
         LYLE E. STROM, Senior Judge
         United States District Court